**No. 68346.**—The Levine Deikman Co. et al. *v.* United States, protests 198846–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of lace, not wholly or in chief value of cotton, rayon, or

silk, and that said lace is wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiffs was sustained. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.